# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

WILLIAM CARMAN,

        Petitioner,

v.                                              CASE NO.  4:10cv255-RH/CAS

DEPARTMENT OF CORRECTIONS,

        Respondent.

_____/

## ORDER DENYING THE PETITION AND DENYING A CERTIFICATE OF APPEALABILITY

This petition for a writ of habeas corpus under 28 U.S.C. § 2254 is before

the court on the magistrate judge's report and recommendation, ECF No. 20, the

objections, ECF No. 27, and the reply, ECF No. 28.  I have reviewed *de novo* the

issues raised by the objections.  The report and recommendation is correct and is

adopted as the court's opinion.

Rule 11 of the Rules Governing § 2254 Cases requires a district court to

"issue or deny a certificate of appealability when it enters a final order adverse to

the applicant."  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may

issue "only if the applicant has made a substantial showing of the denial of a

constitutional right." *See Miller-El v. Cockrell*, 537 U.S. 322, 335-38 (2003);

*Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000); *Barefoot v. Estelle*, 463 U.S. 880,

893 n.4 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13 (2000) (setting

out the standards applicable to a § 2254 petition on the merits).  As the Court said

in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a
> substantial showing of the denial of a constitutional right, a
> demonstration that, under *Barefoot*, includes showing that reasonable
> jurists could debate whether (or, for that matter, agree that) the petition
> should have been resolved in a different manner or that the issues
> presented were " 'adequate to deserve encouragement to proceed
> further.' "

*Slack*, 529 U.S. at 483-84 (quoting *Barefoot*, 463 U.S. at 893 n.4).  Further, in

order to obtain a certificate of appealability when dismissal is based on procedural

grounds, a petitioner must show, "at least, that jurists of reason would find it

debatable whether the petition states a valid claim of the denial of a constitutional

right and that jurists of reason would find it debatable whether the district court

was correct in its procedural ruling."  *Id.* at 484.

   The petitioner has not made the required showing.  This order thus denies a

certificate of appealability.  Because the petitioner has not obtained—and is not

entitled to—a certificate of appealability, any appeal will not be taken in good

faith.  I certify under Federal Rule of Appellate Procedure 24(a) that an appeal will

not be taken in good faith and that the petitioner is not otherwise entitled to

proceed on appeal *in forma pauperis*.  But for the requirement to obtain a

certificate of appealability, leave to proceed on appeal *in forma pauperis* would be

granted.

      For these reasons,

      IT IS ORDERED:

          1.  The report and recommendation is ACCEPTED.

          2.  The clerk must enter judgment stating, "The petition is DENIED with

prejudice."

          3.  A certificate of appealability is DENIED.

          4.  Leave to proceed i*n forma pauperis* is DENIED.

          5.  The clerk must close the file.

      SO ORDERED on July 20, 2013.

                    s/Robert L. Hinkle
                    United States District Judge